DOUGLAS CAIRNS and Others v. T. COLEMAN DU PONT.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JESIMON CORPORATION and Another v. PETER DOELGER BREWING COMPANY, INC.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

JOSEPH LATINI v. LOUIS ZAVODNICK and REGULUS REALTY CO., INC.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted, upon defendant Regulus Realty Co., Inc., filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

WILLIAM BACHRACH v. RHODE ISLAND INSURANCE COMPANY and Others.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay granted, upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB MENCHER v. LOUIS PIZITZ, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

FRANCES BUTKEVICUS v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NATIONAL SURETY COMPANY v. GEERY, GUTHRIE & Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR H. SCHLOERB v. LYMAN E. WARREN, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD COPELAND v. Jos. A. MORRIS & Co., INC.— Motion denied, with ten dollars costs. Present — Dowling P. J., Merrell, Finch, Martin and Sherman, JJ.

SEVERNOE SECURITIES CORPORATION v. LONDON & LANCASHIRE INSURANCE COMPANY, LTD.— NORTHERN INSURANCE COMPANY OF MOSCOW.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN BRIGHT LORD, as Executor, etc., of MARY DE SILVER LORD, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALEXANDER M. BING and Others v. THE PEOPLE OF THE STATE OF NEW YORK.

— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and Sherman, JJ.

In the Matter of the Application of ROSE MARIE CO., INC., v. JULIUS MILLER, as President, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.